In the Matter of ALBERT J. GRANT, Appellant, v. MARTIN RODELL et al., Respondents.—

No opinion. Rabin, P. J., Munder, Shapiro, Gulotta and Benjamin, JJ., concur.

In the Matter of ERWIN GREENSTEIN et al., Respondents, v. WILLIAM D. MEISSER et al., Constituting the Board of Elections of Nassau County, Appellants.—

No opinion. Rabin, P. J., Munder, Shapiro, Gulotta and Benjamin, JJ., concur.

In the Matter of MARCIA E. GROSS, Appellant, v. MORRIS A. BARONE and BOARD OF ELECTIONS OF WESTCHESTER COUNTY, Respondents.— In a proceeding pursuant to section 330 of the Election Law, judgment of the Supreme Court, Westchester County, dated August 27, 1971, which dismissed the petition without a hearing, reversed on the law, without costs and matter remitted to Special Term for hearing on the merits of the petition. We are of the opinion that, under the circumstances of this case and in light of the liberality of construction mandated by section 330 of the Election Law, the errors complained of were not substantial; there was sufficient compliance with the statute; and a hearing should be had on the merits of the petition. Rabin, P. J., Munder, Shapiro, Gulotta and Benjamin, JJ., concur.

In the Matter of ADOLPH I. KING, Appellant, v. WILLIAM J. VAN WART et al., Constituting the Board of Elections of Westchester County Respondents.—

No opinion. Rabin, P. J., Munder, Shapiro, Gulotta and Benjamin, JJ., concur.

In the Matter of MICHAEL KOSTYRKA, Appellant, v. BOARD OF ELECTIONS OF THE COUNTY OF NASSAU, Respondent.— In a proceeding pursuant to section 330 of the Election Law, judgment of the Supreme Court, Nassau County, dated August 23, 1971, modified on the law and the facts by directing that petitioner Michael Kostyrka and one Jeanette P. Kostyrka shall be designated as candidates for the party position of County Committeemen in the Republican Party for the 13th Assembly District, 13th Election District, and not for the party position of County Committeemen in the Republican Party for the 13th Assembly District, 6th Election District. In all other respects, the judgment is affirmed, without costs. In our opinion, a candidate may run for the office of County Committeeman in only one Election District (*Matter of Ryan* v. *Murray*, 172 Misc. 105, affd. 257 App. Div. 1068). Since the earlier petition specifying the 13th Election District was valid, and the candidates did nothing to decline such designation, the second, later petition filed, specifying the 6th Election District, must be considered null and void. Rabin, P. J., Munder, Shapiro, Gulotta and Benjamin, JJ., concur.

In the Matter of ELAINE LEVINE, Appellant, v. MAURICE J. O'ROURKE et al., Respondents.— In

No opinion. Rabin, P. J., Munder, Shapiro, Gulotta and Benjamin, JJ., concur.